474 A.2d 681

Moran, et al. v. Khouri, etc., Appellants.

Submitted January 3, 1984. Edgar Bayley, Jr., for appellants; Loudon L. Campbell, for appellee.

Before SPAETH, President Judge, and DEL SOLE and HESTER, JJ.

Judgment affirmed.

SPAETH, President Judge, filed a concurring memorandum.